# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:18-cv-91-GCM

| | |
|---|---|
| JULIE KENNEDY PERRY, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) **ORDER** |
| NANCY A. BERRYHILL, Acting | ) |
| Commissioner of Social Security Admin. | ) |
| Defendant. | ) |

THIS MATTER IS BEFORE THE COURT on its own motion.

IT IS ORDERED that a hearing on the cross Motions for Summary Judgment will be held on **May 3, 2019 at 11:00 a.m.** in Charlotte, North Carolina.

Because the attorney for plaintiff is in Franklin, North Carolina, and the attorney for defendant is in Woodlawn, Maryland, counsel for both parties are allowed to appear telephonically, if desired. If so, parties are directed to set up the conference call and then phone in together to the Judge's Chambers at **704-350-7455.**

IT IS SO ORDERED.

Signed: April 17, 2019

Graham C. Mullen
United States District Judge