# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO. 5:18-cv-91-GCM

| | |
|---|---|
| JULIE KENNEDY PERRY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>　　　　Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **David Hutter,** filed April 25, 2019 (Doc. No. 16).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1(B), Mr. Hutter is admitted to appear before this court *pro hac vice* on behalf of Plaintiff, Julie Kennedy Perry.

**IT IS SO ORDERED.**

Signed: April 25, 2019

Graham C. Mullen
United States District Judge